# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

DAVID DIAZ, in his representative capacity under the Private Attorneys General Act of 2004 ("PAGA"),

Plaintiff,

v.

SUN-MAID GROWERS OF CALIFORNIA, a California Corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 1:19-CV-00425-LJO-SKO

**ORDER FOR REMAND**

On May 6, 2019, Plaintiff David Diaz ("Plaintiff") filed a Motion for Leave to Amend. For the reasons stated in the Court's Memorandum Decision and Order Granting Plaintiff's Motion Preference, Granting Plaintiff's Motion to Amend, and Denying Defendant's Motion to Dismiss as Moot, ECF No. 29, which is incorporated herein by reference,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to Amend is **GRANTED**;
2. The First Amended Complaint, ECF No. 30, is deemed the operative complaint; and
3. The Court hereby **REMANDS** this entire action back to Fresno County Superior Court.

IT IS SO ORDERED.

Dated: **August 5, 2019**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE

1

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS